**Order entered October 17, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00619-CV**

**LYNDON THOMPSON, ET AL., Appellants**

**V.**

**WILMINGTON SAVINGS FUN SOCIETY FSB, AS OWNER TRUSTEE OF THE RESIDENTIAL CREDIT OPPORTUNITIES TRUST VI-A, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-22-00129-B**

**ORDER**

Before the Court is the October 13, 2022 request by Court Reporter Robin Washington for a five-day extension of time to file the reporter's record. We **GRANT** the request and extend the deadline to October 18, 2022.

/s/    KEN MOLBERG
        JUSTICE